

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

**GROVER SELLERS**
**ATTORNEY GENERAL**

Honorable Cullen B. Vance
County Attorney
Jackson County
Edna, Texas

Dear Sir:

Opinion No. O-6069
Re: Is there any time limita-
tion within which the mar-
riage ceremony must be per-
formed after the issuance
of a marriage license?

This will acknowledge receipt of your letter,
dated June 6, 1944, which reads, in part, as follows:

"I would appreciate an opinion from your
office as to whether there is any time limita-
tion within which the marriage ceremony must
be performed after the issuance of a marriage
license.

"The statute (Art. 4606 R.C.S.) provides
the time within which the return must be made
after the ceremony is performed, but I have
been unable to find any statute or decision
prescribing the time within which the rites of
matrimony must be solemnized after the issu-
ance of license."

Articles 4604 and 4604c, Vernon's Annotated Civil
Statutes, respectively provide:

"Persons who desire to marry shall pro-
cure from the County Clerk a license directed

Honorable Cullen B. Vance, Page 2

to all persons authorized by law to celebrate
the rites of matrimony, which shall be suffi-
cient authority to celebrate such marriage."

"Before the County Clerk shall issue any
marriage license the man shall produce a cer-
tificate from a reputable licensed physician
to show that he is free from all venereal
diseases." (Emphasis ours)

As a general rule, when a statute prescribes no
time within which an act must be done, then the act should
be done within a reasonable time.

We have still a further basis. In our opinion
No. 0-5755, dated December 23, 1943, we said:

" . . . .

"It will be noted that the foregoing stat-
ute prescribes no time that the certificate
from a reputable licensed physician shall re-
main valid for the purpose of issuing a marriage
license. Generally speaking, when a statute
prescribes no time within which an act must be
done, then the act should be done within a rea-
sonable time.

"What is a reasonable time within which an
act must be done ordinarily means so much time
as is necessary, under the circumstances, and
what the duties require in the particular case.
(See Words and Phrases, Perm. Ed., Vol. 6, page
376). Stated another way, reasonable time is
such promptitude as the situation of the parties
and the circumstances of the case will allow.
It never means an indulgence in unnecessary de-
lay or in delay occasioned by vain and fruitless
effort to do the act required. (See French v.
Lewis, 218 Pa. 141, 11 L.R.A. 948, N.S.)

"In answer to your first question, you are
advised that it is our opinion that the certifi-
cate from a reputable and licensed physician re-
mains valid for the purpose of issuing a marriage

Honorable Cullen B. Vance, Page 3

license under Article 4604c, supra, for a reasonable length of time after the physician has issued such certificate.

"   .  .  .  ."

A public health policy further demands that the physician's certificate remain valid for only a reasonable length of time. This same public policy demands that the marriage license remain valid for only a reasonable length of time. If we should hold otherwise, we would, in effect, negative the purpose of Article 4604c, supra.

It is the opinion of this department, therefore, that the marriage ceremony should be performed within a reasonable length of time after the issuance of the license to marry. We further believe that a reasonable length of time is sufficiently defined in our foregoing quotation from our Opinion No. O-5755, supra.

Trusting this satisfactorily answers your inquiry, we are

Yours very truly

ATTORNEY GENERAL OF TEXAS

By _Fred C. Chandler_
Fred C. Chandler
Assistant

By _Elton M. Hyder, Jr._
Elton M. Hyder, Jr.

APPROVED JUN 20, 1944

_Geo. P. Blackburn_
ATTORNEY GENERAL OF TEXAS

EMH:ff



APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN